**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant.<br>_____/ | No. C-06-0901 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is plaintiff's Case Management Conference Statement, filed May 2, 2006, by which plaintiff seeks to continue the May 12, 2006 case management conference in the instant action by approximately 120 days. Plaintiff states a continuance is necessary because he anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because he has not yet served the defendant. Because the instant action was filed February 10, 2006, the 120-day deadline for plaintiff to serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

　　　　Accordingly, for good cause shown,

　　　　1. The May 12, 2006 case management conference is hereby continued to September 8, 2006 at 10:30 a.m. A joint case management statement shall be filed no

1 later than September 1, 2006.  The deadline to serve the defendant, pursuant to Rule 4(m)
2 of the Federal Rules of Civil Procedure, remains in effect.
3     **IT IS SO ORDERED.**

4 Dated: May 2, 2006

                MAXINE M. CHESNEY
5                 United States District Judge